## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE Eastern DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: William J. Chalmers | CHAPTER 13 |
| | BKY. NO. 19-11422 JKF |
| Debtor | |

## ENTRY OF APPEARANCE AND REQUEST FOR NOTICES

To the Clerk:

Kindly enter my appearance on behalf of Select Portfolio Servicing as servicer for Deutsche Bank National Trust Company, as Trustee, in trust for the registered holders of Morgan Stanley ABS Capital I Inc. Trust 2006-HE6, Mortgage Pass-Through Certificates, Series 2006-HE6 and index same on the master mailing list.

Respectfully submitted,
**/s/ Rebecca A. Solarz, Esq**
Rebecca A Solarz, Esquire
KML Law Group, P.C.
701 Market Street, Suite 5000
Philadelphia, PA 19106-1532
(215) 627-1322