| Lowe's Home Centers, LLC | Pay Group: | Current | | | Business Unit: | STRBU |
|---|---|---|---|---|---|---|
| 1605 Curtis Bridge Road | Pay Begin Date: | 10/06/2018 | | | Advice #: | 000000084960865 |
| Wilkesboro, NC 28697 | Pay End Date: | 10/19/2018 | | | Advice Date: | 10/26/2018 |
| 1-844-475-6937 | | | | | | |

| | | | | | TAX DATA: | Federal | PA State |
|---|---|---|---|---|---|---|---|
| William Chalmers | Employee ID: | 001367594 | | | Tax Status: | Single | |
| 903 Fairfield Drive | Department: | 0605-Delivery | | | Allowances: | 0 | |
| Warminster, PA 18974 | Location: | 0735 - Warrington, PA | | | Addl. Percent: | | |
| | Job Title: | Load Puller | | | Addl. Amount: | 20.00 | |
| | Pay Rate: | $16.340000 Hourly | | | | | |

### HOURS AND EARNINGS

| | | Current | | YTD | | 
|---|---|---|---|---|---|
| Description | Rate | Hours | Earnings | Hours | Earnings |
| Regular Hours | 16.340000 | 33.90 | 553.93 | 624.71 | 10,207.72 |
| Discretionary Bonus | | | 0.00 | | 153.00 |
| Holiday Fixed | | | 0.00 | 4.00 | 65.36 |
| Service & Sales Incentive | | | 0.00 | | 135.00 |
| Vacation Hours | | | 0.00 | 24.00 | 392.16 |
| TOTAL: | | 33.90 | 553.93 | 624.71 | 10,953.24 |

### TAXES

| Description | Current | YTD |
|---|---|---|
| Fed Withholdng | 52.34 | 1,063.55 |
| Fed MED/EE | 7.00 | 135.99 |
| Fed OASDI/EE | 29.91 | 581.47 |
| PA Unempl EE | 0.33 | 6.57 |
| PA Withholdng | 14.81 | 287.93 |
| PA WARRINGTON LS Tax | 2.00 | 44.00 |
| PA WARRINGTON TWP Withholding | 4.82 | 93.79 |
| TOTAL: | 111.21 | 2,213.30 |

### BEFORE-TAX DEDUCTIONS

| Description | Current | YTD |
|---|---|---|
| 401(k) Savings Plan | 16.62 | 247.63 |
| Medical | 71.58 | 1,574.76 |
| TOTAL: | 88.20 | 1,822.39 |

### AFTER-TAX DEDUCTIONS

| Description | Current | YTD |
|---|---|---|
| Dental | 30.60 | 673.20 |
| Short Term Disability | 4.00 | 88.00 |
| Vision | 7.43 | 163.46 |
| TOTAL: | 42.03 | 924.66 |

### EMPLOYER PAID BENEFITS

| Description | Current | YTD |
|---|---|---|
| 401(k) Savings Plan | 16.62 | 247.63 |
| Medical | 7.38 | 162.36 |
| *TAXABLE | | |

| | TOTAL GROSS | FED TAXABLE GROSS | TOTAL TAXES | TOTAL DEDUCTIONS | NET PAY |
|---|---|---|---|---|---|
| Current | 553.93 | 465.73 | 111.21 | 130.23 | 312.49 |
| YTD | 10,953.24 | 9,130.85 | 2,213.30 | 2,747.05 | 5,992.89 |

### NET PAY DISTRIBUTION

| | Account Type | Account Number | Deposit Amount |
|---|---|---|---|
| Advice #000000084960865 | Checking | *****3696 | 50.00 |
| | Checking | ******5681 | 262.49 |
| TOTAL: | | | 312.49 |

MESSAGE: Employees who have a filing status or withholding allowance change need to submit a new 2018 Fed W4

**Lowe's Home Centers, LLC**
1605 Curtis Bridge Road
Wilkesboro, NC 28697
1-844-475-6937

| Pay Group: | CLIENT |
|---|---|
| Pay Begin Date: | 10/20/2018 |
| Pay End Date: | 11/02/2018 |

| Business Unit: | STRBU |
|---|---|
| Advice #: | 000000085228322 |
| Advice Date: | 11/09/2018 |

**William Chalmers**
903 Fairfield Drive
Warminster, PA 18974

| Employee ID: | 001367594 |
|---|---|
| Department: | 0605-Delivery |
| Location: | 0735 - Warrington, PA |
| Job Title: | Load Puller |
| Pay Rate: | $16.340000 Hourly |

| TAX DATA: | Federal | PA State |
|---|---|---|
| Tax Status: | Single | |
| Allowances: | 0 | |
| Addl. Percent: | | |
| Addl. Amount: | 20.00 | |

## HOURS AND EARNINGS

| Description | Rate | Current Hours | Earnings | YTD Hours | YTD Earnings |
|---|---|---|---|---|---|
| Regular Hours | 16.340000 | 25.80 | 421.57 | 650.51 | 10,629.29 |
| Discretionary Bonus | | | 0.00 | | 153.00 |
| Holiday Fixed | | 0.00 | 0.00 | 4.00 | 65.36 |
| Service & Sales Incentive | | | 0.00 | | 135.00 |
| Vacation Hours | | | 0.00 | 24.00 | 392.16 |
| **TOTAL:** | | **25.80** | **421.57** | **650.51** | **11,374.81** |

## TAXES

| Description | Current | YTD |
|---|---|---|
| Fed Withholdng | 39.50 | 1,103.05 |
| Fed MED/EE | 5.07 | 141.00 |
| Fed OASDI/EE | 21.70 | 603.17 |
| PA Unempl EE | 0.25 | 6.82 |
| PA Withholdng | 10.74 | 298.67 |
| PA WARRINGTON LS Tax | 2.00 | 46.00 |
| PA WARRINGTON TWP Withholdng | 3.50 | 97.29 |
| **TOTAL:** | **82.76** | **2,296.00** |

## BEFORE-TAX DEDUCTIONS

| Description | Current | YTD |
|---|---|---|
| 401(k) Savings Plan | 12.65 | 260.28 |
| Medical | 71.58 | 1,646.34 |
| **TOTAL:** | **84.23** | **1,906.62** |

## AFTER-TAX DEDUCTIONS

| Description | Current | YTD |
|---|---|---|
| Dental | 30.60 | 703.80 |
| Short Term Disability | 4.00 | 92.00 |
| Vision | 7.43 | 170.89 |
| **TOTAL:** | **42.03** | **966.69** |

## EMPLOYER PAID BENEFITS

| Description | Current | YTD |
|---|---|---|
| 401(k) Savings Plan | 12.65 | 260.28 |
| Medical | 7.38 | 169.74 |

*TAXABLE

| | TOTAL GROSS | FED TAXABLE GROSS | TOTAL TAXES | TOTAL DEDUCTIONS | NET PAY |
|---|---|---|---|---|---|
| Current | 421.57 | 337.34 | 82.76 | 126.26 | 212.55 |
| YTD | 11,374.81 | 9,468.19 | 2,296.06 | 2,873.31 | 6,205.44 |

## NET PAY DISTRIBUTION

Advice #000000085228322

| Account Type | Account Number | Deposit Amount |
|---|---|---|
| Checking | *****3696 | 60.00 |
| Checking | *****5681 | 152.55 |
| **TOTAL:** | | **212.55** |

MESSAGE: Employees who have a filing status or withholding allowance change need to submit a new 2018 Fed W4

Lowe's Home Centers, LLC
1605 Curtis Bridge Road
Wilkesboro, NC 28697
1-844-475-6937

| | |
|---|---|
| Pay Group: | LHE-PA |
| Pay Begin Date: | 11/03/2018 |
| Pay End Date: | 11/16/2018 |

| | |
|---|---|
| Business Unit: | STRPU |
| Advice #: | 00000008549435 |
| Advice Date: | 11/23/2018 |

William Chalmers
3903 Fairfield Drive
Warminster, PA 18974

| | |
|---|---|
| Employee ID: | 001367594 |
| Department: | 0605-Delivery |
| Location: | 0735 - Warrington, PA |
| Job Title: | Lead Puller |
| Pay Rate: | $16.340000 Hourly |

| TAX DATA: | Federal | PA State |
|---|---|---|
| Tax Status: | Single | |
| Allowances: | 0 | 0 |
| Addl. Percent: | | |
| Addl. Amount: | 20.00 | |

## HOURS AND EARNINGS

| Description | Rate | Current Hours | Earnings | YTD Hours | YTD Earnings |
|---|---|---|---|---|---|
| Regular Hours | 16.340000 | 29.32 | 479.09 | 679.83 | 11,108.38 |
| Discretionary Bonus | | 0.00 | 0.00 | | 153.00 |
| Holiday Fixed | | 0.00 | 0.00 | 4.00 | 65.36 |
| Service & Sales Incentive | | 0.00 | 0.00 | | 135.00 |
| Vacation Hours | | 0.00 | 0.00 | 24.00 | 392.16 |
| TOTAL: | | 29.32 | 479.09 | 679.83 | 11,853.90 |

## TAXES

| Description | Current | YTD |
|---|---|---|
| Fed Withholding | 45.08 | 1,148.13 |
| Fed MED/EE | 5.91 | 146.97 |
| Fed OASDI/EE | 25.26 | 628.43 |
| PA Unempl EE | 0.29 | 7.11 |
| PA Withholding | 12.51 | 311.18 |
| PA WARRINGTON LS Tax | 2.00 | 48.00 |
| PA WARRINGTON TWP Withholding | 4.08 | 101.37 |
| TOTAL: | 95.13 | 2,391.19 |

## BEFORE-TAX DEDUCTIONS

| Description | Current | YTD |
|---|---|---|
| 401(k) Savings Plan | 14.37 | 274.65 |
| Medical | 71.58 | 1,717.92 |
| TOTAL: | 85.95 | 1,992.57 |

## AFTER-TAX DEDUCTIONS

| Description | Current | YTD |
|---|---|---|
| Dental | 30.60 | 734.40 |
| Short Term Disability | 4.00 | 96.00 |
| Vision | 7.43 | 178.32 |
| TOTAL: | 42.03 | 1,008.72 *TAXABLE |

## EMPLOYER PAID BENEFITS

| Description | Current | YTD |
|---|---|---|
| 401(k) Savings Plan | 14.37 | 274.65 |
| Medical | 7.38 | 177.12 |

| TOTAL GROSS | FED TAXABLE GROSS | TOTAL TAXES | TOTAL DEDUCTIONS | NET PAY |
|---|---|---|---|---|
| Current 479.09 | 393.14 | 95.13 | 127.98 | 255.98 |
| YTD 11,853.90 | 9,861.33 | 2,391.19 | 3,001.29 | 6,461.42 |

## NET PAY DISTRIBUTION

Advice #00000008549435

| Account Type | Account Number | Deposit Amount |
|---|---|---|
| Checking | *****3696 | 60.00 |
| Checking | *****5681 | 195.98 |
| TOTAL: | | 255.98 |

MESSAGE: Employees who have a filing status or withholding allowance change need to submit a new 2018 Fed W4

**Lowe's Home Centers, LLC**
1605 Curtis Bridge Road
Wilkesboro, NC 28697
1-844-475-6937

| | | |
|---|---|---|
| William Chalmers | Pay Group: | LHE-PA |
| 103 Fairfield Drive | Pay Begin Date: | 11/17/2018 |
| Warminster, PA 18974 | Pay End Date: | 11/30/2018 |

| | | | | |
|---|---|---|---|---|
| Employee ID: | 0013675594 | | Business Unit | STRBU |
| Department: | 0605-Delivery | | Advice #: | 00000085759982 |
| Location: | 0725 - Warrington, PA | | Advice Date: | 12/07/2018 |
| Job Title: | Lead Puller | | | |
| Pay Rate: | $16.340000 Hourly | | | |

| TAX DATA: | Federal | PA State |
|---|---|---|
| Tax Status: | Single | |
| Allowances: | 0 | 0 |
| Addl. Percent: | | |
| Addl. Amount: | 20.00 | |

## HOURS AND EARNINGS

| | | Current | | AFTER-TAX DEDUCTIONS | YTD | |
|---|---|---|---|---|---|---|
| Description | Rate | Hours | Earnings | Hours | Earnings | |
| Vacation Hours | 16.340000 | 25.00 | 408.50 | 49.00 | 800.66 | |
| Holiday Fixed | | | | 8.00 | 130.72 | |
| Regular Hours | 16.340000 | 4.00 | 65.36 | | | |
| Service & Sales Incentive | 16.340000 | 11.20 | 183.01 | 691.03 | 11,291.39 | |
| | | | 25.00 | | 160.00 | |
| Discretionary Bonus | | | 0.00 | | 153.00 | |

**TOTAL:** 11.20  681.87  691.03  12,533.77  **TOTAL:** 142.48  2,533.67

## BEFORE-TAX DEDUCTIONS

| Description | Current | YTD |
|---|---|---|
| 401(k) Savings Plan | 20.46 | 295.11 |
| Medical | 71.58 | 1,789.50 |

## AFTER-TAX DEDUCTIONS

| Description | Current |
|---|---|
| Dental | 30.60 |
| Short Term Disability | 4.00 |
| Vision | 7.43 |

## TAXES

| Description | Current | YTD |
|---|---|---|
| Fed Withholding | 68.54 | 1,216.67 |
| Fed MED/EE | 8.85 | 155.82 |
| Fed OASDI/EE | 37.80 | 666.27 |
| PA Unempl EE | 0.41 | 7.52 |
| PA Withholding | 18.74 | 329.97 |
| PA WARRINGTON LS Tax | 2.00 | 50.00 |
| PA WARRINGTON TWP Withholding | 6.10 | 107.47 |

## EMPLOYER PAID BENEFITS

| Description | Current | YTD |
|---|---|---|
| 401(k) Savings Plan | 20.46 | 295.11 |
| Medical | 7.38 | 184.50 |

**TOTAL:** 92.04  2,084.61   **TOTAL:** 42.63  1,850.75   *TAXABLE   142.48  2,533.67

| | TOTAL GROSS | FED TAXABLE GROSS | TOTAL TAXES | TOTAL DEDUCTIONS | NET PAY |
|---|---|---|---|---|---|
| Current | 681.87 | 589.83 | 142.48 | 134.07 | 405.32 |
| YTD | 12,533.77 | 10,451.16 | 2,533.67 | 3,135.36 | 6,866.74 |

## NET PAY DISTRIBUTION

| Advice #0000000085759982 | Account Type | Account Number | Deposit Amount |
|---|---|---|---|
| | Checking | ****3696 | 60.00 |
| | Checking | *****5681 | 345.32 |

**TOTAL:** 405.32

MESSAGE: Employees who have a filing status or withholding allowance change need to submit a new 2018 Fed W4

**Lowe's Home Centers, LLC**
1605 Curtis Bridge Road
Wilkesboro, NC 28697
1-844-475-6937

| Pay Group: | LHE-PA |
|---|---|
| Pay Begin Date: | 12/01/2018 |
| Pay End Date: | 12/14/2018 |

| Business Unit: | STRBU |
|---|---|
| Advice #: | 0000000086033378 |
| Advice Date: | 12/21/2018 |

William Chalmers
903 Fairfield Drive
Warminster, PA 18974

| Employee ID: | 001367594 |
|---|---|
| Department: | 0605-Delivery |
| Location: | 0735 - Warrington, PA |
| Job Title: | Load Puller |
| Pay Rate: | $16.340000 Hourly |

| TAX DATA: | Federal | PA State |
|---|---|---|
| Tax Status: | Single | |
| Allowances: | 0 | |
| Addl. Percent: | | |
| Addl. Amount: | 20.00 | |

## HOURS AND EARNINGS

| | | Current | | YTD | |
|---|---|---|---|---|---|
| Description | Rate | Hours | Earnings | Hours | Earnings |
| Vacation Hours | 16.340000 | 15.00 | 245.10 | 64.00 | 1,045.76 |
| Regular Hours | 16.340000 | 19.23 | 314.22 | 710.26 | 11,605.61 |
| Discretionary Bonus | | | 0.00 | | 153.00 |
| Holiday Fixed | | | 0.00 | 8.00 | 130.72 |
| Service & Sales Incentive | | | 0.00 | | 160.00 |
| TOTAL: | | 19.23 | 559.32 | 710.26 | 13,095.09 |

## TAXES

| Description | Current | YTD |
|---|---|---|
| Fed Withholdng | 52.87 | 1,269.54 |
| Fed MED/EE | 7.07 | 162.89 |
| Fed OASDI/EE | 30.24 | 696.51 |
| PA Unempl EE | 0.34 | 7.86 |
| PA Withholding | 14.97 | 344.85 |
| PA WARRINGTON LS Tax | 2.00 | 52.00 |
| PA WARRINGTON TWP Withholdng | 4.88 | 112.35 |
| TOTAL: | 112.37 | 2,646.04 |

## BEFORE-TAX DEDUCTIONS

| Description | Current | YTD |
|---|---|---|
| 401(k) Savings Plan | 16.78 | 311.89 |
| Medical | 71.58 | 1,861.08 |
| TOTAL: | 88.36 | 2,172.97 |

## AFTER-TAX DEDUCTIONS

| Description | Current | YTD |
|---|---|---|
| Dental | 30.60 | 795.60 |
| Short Term Disability | 4.00 | 104.00 |
| Vision | 7.43 | 193.18 |
| TOTAL: | 42.03 | 1,092.78 |

## EMPLOYER PAID BENEFITS

| Description | Current | YTD |
|---|---|---|
| 401(k) Savings Plan | 16.78 | 311.89 |
| Medical | 7.38 | 191.88 |
| *TAXABLE | | |

| | TOTAL GROSS | FED TAXABLE GROSS | TOTAL TAXES | TOTAL DEDUCTIONS | NET PAY |
|---|---|---|---|---|---|
| Current | 559.32 | 470.96 | 112.37 | 130.39 | 316.56 |
| YTD | 13,095.09 | 10,922.12 | 2,646.04 | 3,265.75 | 7,183.30 |

## NET PAY DISTRIBUTION

| | Account Type | Account Number | Deposit Amount |
|---|---|---|---|
| Advice #000000086033378 | Checking | *****3696 | 70.00 |
| | Checking | ******5681 | 246.56 |
| TOTAL: | | | 316.56 |

MESSAGE: Employees who have a filing status or withholding allowance change need to submit a new 2018 Fed W4

**Lowe's Home Centers, LLC**
1605 Curtis Bridge Road
Wilkesboro, NC 28697
1-844-475-6937

| | |
|---|---|
| Pay Group: | HRLY |
| Pay Begin Date: | 12/15/2018 |
| Pay End Date: | 12/28/2018 |

| | |
|---|---|
| Business Unit: | STRBU |
| Advice #: | 000000086297184 |
| Advice Date: | 01/04/2019 |

William Chalmers
903 Fairfield Drive
Warminster, PA 18974

| | |
|---|---|
| Employee ID: | 001367594 |
| Department: | 0605-Delivery |
| Location: | 0735 - Warrington, PA |
| Job Title: | Load Puller |
| Pay Rate: | $16.340000 Hourly |

**TAX DATA:** Federal / PA State
- Tax Status: Single
- Allowances: 0
- Addl. Percent:
- Addl. Amount: 20.00

### HOURS AND EARNINGS

| Description | Rate | Current Hours | Current Earnings | YTD Hours | YTD Earnings |
|---|---|---|---|---|---|
| Regular Hours | 16.340000 | 35.50 | 580.07 | 35.50 | 580.07 |
| Holiday Fixed | 16.340000 | 4.00 | 65.36 | 4.00 | 65.36 |
| **TOTAL:** | | **35.50** | **645.43** | **35.50** | **645.43** |

### TAXES

| Description | Current | YTD |
|---|---|---|
| Fed Withholding | 62.08 | 62.08 |
| Fed MED/EE | 8.31 | 8.31 |
| Fed OASDI/EE | 35.55 | 35.55 |
| PA Unempl EE | 0.39 | 0.39 |
| PA Withholding | 17.60 | 17.60 |
| PA WARRINGTON LS Tax | 2.00 | 2.00 |
| PA WARRINGTON TWP Withholding | 5.73 | 5.73 |
| **TOTAL:** | **131.66** | **131.66** |

### BEFORE-TAX DEDUCTIONS

| Description | Current | YTD |
|---|---|---|
| 401(k) Savings Plan | 19.36 | 19.36 |
| Medical | 72.00 | 72.00 |
| **TOTAL:** | **91.36** | **91.36** |

### AFTER-TAX DEDUCTIONS

| Description | Current | YTD |
|---|---|---|
| Dental | 30.00 | 30.00 |
| Short Term Disability | 4.00 | 4.00 |
| Vision | 8.00 | 8.00 |
| **TOTAL:** | **42.00** | **42.00** |

### EMPLOYER PAID BENEFITS

| Description | Current | YTD |
|---|---|---|
| 401(k) Savings Plan | 19.36 | 19.36 |

*TAXABLE

| | TOTAL GROSS | FED TAXABLE GROSS | TOTAL TAXES | TOTAL DEDUCTIONS | NET PAY |
|---|---|---|---|---|---|
| Current | 645.43 | 554.07 | 131.66 | 133.36 | 380.41 |
| YTD | 645.43 | 554.07 | 131.66 | 133.36 | 380.41 |

### NET PAY DISTRIBUTION

Advice #000000086297184

| Account Type | Account Number | Deposit Amount |
|---|---|---|
| Checking | *****3696 | 70.00 |
| Checking | ******5681 | 310.41 |
| **TOTAL:** | | **380.41** |

MESSAGE: Employees who have a filing status or withholding allowance change need to submit a new 2018 Fed W4

**Lowe's Home Centers, LLC**
1605 Curtis Bridge Road
Wilkesboro, NC 28697
1-844-475-6937

| | |
|---|---|
| Pay Group: | LHE-PA |
| Pay Begin Date: | 12/29/2018 |
| Pay End Date: | 01/11/2019 |

| | |
|---|---|
| Business Unit: | STRBU |
| Advice #: | 00000008655458 |
| Advice Date: | 01/18/2019 |

William Chalmers
603 Fairfield Drive
Warminster, PA 18974

| | |
|---|---|
| Employee ID: | 0013637594 |
| Department: | 0605-Delivery |
| Location: | 0735 - Warrington, PA |
| Job Title: | Load Puller |
| Pay Rate: | $16.340000 Hourly |

**TAX DATA:**

| | Federal | PA State |
|---|---|---|
| Tax Status: | Single | Single |
| Allowances: | 0 | 0 |
| Addl. Percent: | | |
| Addl. Amount: | 20.00 | |

## HOURS AND EARNINGS

| | | Current | | | YTD | |
|---|---|---|---|---|---|---|
| Description | Rate | Hours | Earnings | Hours | Earnings | |
| Regular Hours | 16.340000 | 19.90 | 325.17 | 55.40 | 905.24 | |
| Holiday Hours | 16.340000 | 8.00 | 130.72 | 8.00 | 130.72 | |
| Holiday Fixed | | | 0.00 | 4.00 | 65.36 | |
| **TOTAL:** | | **19.90** | **455.89** | **55.40** | **1,101.32** | |

## TAXES

| Description | Current | YTD |
|---|---|---|
| Fed Withholding | 42.79 | 104.87 |
| Fed MED/EE | 5.57 | 13.88 |
| Fed OASDI/EE | 23.80 | 59.35 |
| PA Unempl EE | 0.27 | 0.66 |
| PA Withholding | 11.79 | 29.39 |
| PA WARRINGTON LS Tax | 2.00 | 4.00 |
| PA WARRINGTON TWP Withholding | 3.84 | 9.57 |
| **TOTAL:** | **90.06** | **221.72** |

## BEFORE-TAX DEDUCTIONS

| Description | Current | YTD |
|---|---|---|
| 401(k) Savings Plan | 13.68 | 33.04 |
| **TOTAL:** | **13.68** | **33.04** |

## AFTER-TAX DEDUCTIONS

| Description | Current | YTD |
|---|---|---|
| Medical | 30.00 | 60.00 |
| Dental | 4.00 | 8.00 |
| Vision | 8.00 | 16.00 |
| Short Term Disability | | |
| **TOTAL:** | **42.00** | **84.00** *TAXABLE |

## EMPLOYER PAID BENEFITS

| Description | Current | YTD |
|---|---|---|
| 401(k) Savings Plan | 13.68 | 33.04 |
| **TOTAL:** | **13.68** | **33.04** |

| | TOTAL GROSS | FED TAXABLE GROSS | TOTAL TAXES | TOTAL DEDUCTIONS | NET PAY |
|---|---|---|---|---|---|
| Current | 455.89 | 370.21 | 90.06 | 127.68 | 238.15 |
| YTD | 1,101.32 | 924.28 | 221.72 | 261.04 | 618.56 |

## NET PAY DISTRIBUTION

| Advice #000000086559458 | Account Type | Account Number | Deposit Amount |
|---|---|---|---|
| | Checking | ******3696 | 70.00 |
| | Checking | ******5681 | 168.15 |
| **TOTAL:** | | | **238.15** |

MESSAGE: Employees who have a filing status or withholding allowance change need to submit a new 2018 Fed W4

| Lowe's Home Centers, LLC | Pay Group: | STRFTE | Business Unit: | STRBU |
|---|---|---|---|---|
| 1605 Curtis Bridge Road | Pay Begin Date: | 06/30/2018 | Advice #: | 000000083012051 |
| Wilkesboro, NC 28697 | Pay End Date: | 07/13/2018 | Advice Date: | 07/20/2018 |
| 1-844-475-6937 | | | | |

| | | | | TAX DATA: | Federal | PA Stat |
|---|---|---|---|---|---|---|
| William Chalmers | Employee ID: | 001367594 | | Tax Status: | Single | |
| 903 Fairfield Drive | Department: | 0605-Delivery | | Allowances: | 0 | |
| Warminster, PA 18974 | Location: | 0735 - Warrington, PA | | Addl. Percent: | | |
| | Job Title: | Load Puller | | Addl. Amount: | 20.00 | |
| | Pay Rate: | $16.340000 Hourly | | | | |

### HOURS AND EARNINGS / TAXES

| | | Current | | YTD | | | | |
|---|---|---|---|---|---|---|---|---|
| Description | Rate | Hours | Earnings | Hours | Earnings | Description | Current | YTD |
| Vacation Hours | 16.340000 | 4.00 | 65.36 | 20.00 | 326.80 | Fed Withholdng | 43.10 | 678.15 |
| Regular Hours | 16.340000 | 24.07 | 393.30 | 393.36 | 6,427.46 | Fed MED/EE | 5.62 | 85.90 |
| Discretionary Bonus | | | 0.00 | | 153.00 | Fed OASDI/EE | 24.00 | 367.25 |
| Holiday Fixed | | | 0.00 | 4.00 | 65.36 | PA Unempl EE | 0.28 | 4.20 |
| Service & Sales Incentive | | | 0.00 | | 25.00 | PA Withholdng | 11.88 | 181.87 |
| | | | | | | PA WARRINGTON LS Tax | 2.00 | 30.00 |
| | | | | | | PA WARRINGTON TWP Withholdng | 3.87 | 59.25 |
| TOTAL: | | 24.07 | 458.66 | 393.36 | 6,997.62 | | 90.75 | 1,406.65 |

### BEFORE-TAX DEDUCTIONS / AFTER-TAX DEDUCTIONS / EMPLOYER PAID BENEFITS

| Description | Current | YTD | Description | Current | YTD | Description | Current | YTD |
|---|---|---|---|---|---|---|---|---|
| 401(k) Savings Plan | 13.76 | 128.95 | Dental | 30.60 | 459.00 | 401(k) Savings Plan | 13.76 | 128.95 |
| Medical | 71.58 | 1,073.70 | Short Term Disability | 4.00 | 60.00 | Medical | 7.38 | 110.70 |
| | | | Vision | 7.43 | 111.45 | | | |
| | 85.34 | 1,202.65 | | 42.03 | 630.45 | | | |

| | TOTAL GROSS | FED TAXABLE GROSS | TOTAL TAXES | TOTAL DEDUCTIONS | NET PAY |
|---|---|---|---|---|---|
| Current | 458.66 | 373.32 | 90.75 | 127.37 | 240.54 |
| YTD | 6,997.62 | 5,794.97 | 1,406.65 | 1,833.10 | 3,757.87 |

### NET PAY DISTRIBUTION

| | Account Type | Account Number | Deposit Amount |
|---|---|---|---|
| Advice #000000083012051 | Checking | *****3696 | 35.00 |
| | Checking | *****5681 | 205.54 |
| TOTAL: | | | 240.54 |

MESSAGE: Employees who have a filing status or withholding allowance change need to submit a new 2018 Fed W4