## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE Eastern DISTRICT OF PENNSYLVANIA

IN RE:  William J. Chalmers

                       Debtor(s) | CHAPTER 13

Deutsche Bank National Trust Company, as Trustee, in trust for the registered holders of Morgan Stanley ABS Capital I Inc. Trust 2006-HE6, Mortgage Pass-Through Certificates, Series 2006-HE6, its successors and/or assigns

                       Movant | NO. 19-11422 JKF

       vs.

William J. Chalmers

                       Debtor(s)

Scott Waterman

                       Trustee

## PRAECIPE TO WITHDRAW

**TO THE CLERK OF THE BANKRUPTCY COURT:**

Kindly withdraw the Objection to Confirmation of Deutsche Bank National Trust Company, as Trustee, in trust for the registered holders of Morgan Stanley ABS Capital I Inc. Trust 2006-HE6, Mortgage Pass-Through Certificates, Series 2006-HE6, which was filed with the Court on or about **May 9, 2019, docket number 16**.

Respectfully submitted,

By: **/s/ Rebecca A. Solarz, Esquire**
    Rebecca A. Solarz, Esquire
    KML Law Group, P.C.
    BNY Mellon Independence Center
    701 Market Street, Suite 5000
    Philadelphia, PA  19106
    215-627-1322
    Attorney for Movant/Applicant

July 23, 2019