United States Bankruptcy Court
Eastern District of Pennsylvania

In re:  
William J. Chalmers  
    Debtor

Case No. 19-11422-jkf  
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0313-2    User: Lisa    Page 1 of 1    Date Rcvd: Aug 07, 2019  
                      Form ID: pdf900    Total Noticed: 2

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 09, 2019.  
db         William J. Chalmers,    903 Fairfield Drive,    Warminster, PA   18974-4103

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
cr         E-mail/Text: bnc-quantum@quantum3group.com Aug 08 2019 02:58:33  
          Quantum3 Group LLC as agent for,    Sadino Funding LLC,    PO Box 788,   Kirkland, WA   98083-0788
                                                                                          TOTAL: 1

           ***** BYPASSED RECIPIENTS *****  
NONE.                                                                                                                                                             TOTAL: 0

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 09, 2019                                 Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 7, 2019 at the address(es) listed below:  
       CAROL B. MCCULLOUGH    on behalf of Debtor William J. Chalmers mcculloughheisenberg@gmail.com,  
        cbmccullough64@gmail.com  
       POLLY A. LANGDON    on behalf of Trustee SCOTT F. WATERMAN (Chapter 13) ecfmail@readingch13.com,  
        ecf_frpa@trustee13.com  
       REBECCA ANN SOLARZ    on behalf of Creditor    Deutsche Bank National Trust Company, as Trustee, in  
        trust for the registered holders of Morgan Stanley ABS Capital I Inc. Trust 2006-HE6, Mortgage  
        Pass-Through Certificates, Series 2006-HE6 bkgroup@kmllawgroup.com  
       SCOTT   WATERMAN    on behalf of Trustee SCOTT F. WATERMAN (Chapter 13) ECFmail@fredreiglech13.com,  
        ecf_frpa@trustee13.com  
       SCOTT F. WATERMAN (Chapter 13)    ECFMail@ReadingCh13.com,   ecf_frpa@trustee13.com  
       United States Trustee    USTPRegion03.PH.ECF@usdoj.gov  
                                                                                                 TOTAL: 6

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE: : CHAPTER 13

WILLIAM CHALMERS : CASE NO. 19-11422 JKF

## ORDER

AND NOW, upon consideration of the Application for Compensation ("the Application") filed by the Debtor(s)' counsel ("the Application") and upon the Application's certification that proper service has been made on all interested parties and upon the Application's certification of no response,

It is hereby **ORDERED** that:

1. The Application is **GRANTED.**
2. Compensation is **ALLOWED** in favor of the Applicant in the amount of **$4,000.00**.
3. The Chapter 13 Trustee is authorized to distribute to the Applicant as an administrative expense pursuant to 11 U.S.C. §1326(b), 11 U.S.C. § 507, 11 U.S.C. §503(b) and 11 U.S.C. §330(a)(4)(B), the allowed compensation set forth in ¶2 less **$1,750.00** which was paid by the Debtor(s) prepetition, to the extend such distribution is authorized under the terms of the confirmed chapter 13 plan.

**Date: August 7, 2019**

Date: _____

JEAN K. FITZSIMON
UNITED STATES BANKRUPTCY JUDGE