| Office Mailing Address: | Send Payments **ONLY** to: |
|---|---|
| Scott F. Waterman, Trustee | Scott F. Waterman, Trustee |
| 2901 St. Lawrence Avenue, Suite 100 | P.O. Box 680 |
| Reading, PA  19606 | Memphis, TN  38101-0680 |

# OFFICE OF THE STANDING CHAPTER 13 TRUSTEE
## REPORT OF RECEIPTS AND DISBURSEMENTS
Activity for the period from 04/01/2021 to 08/05/2022
**Chapter 13 Case No. 19-11422-AMC**

WILLIAM J  CHALMERS
903 FAIRFIELD DRIVE
WARMINSTER  PA    18974-4103

Petition Filed Date: 03/07/2019
341 Hearing Date: 04/12/2019
Confirmation Date: 08/07/2019

Case Status: Open / Unconfirmed

### RECEIPTS / PAYMENT HISTORY FOR THE TIME PERIOD SELECTED

| Date | Amount | Check No. | Date | Amount | Check No. | Date | Amount | Check No. |
|---|---|---|---|---|---|---|---|---|
| 04/12/2021 | $558.00 | | 05/10/2021 | $558.00 | | 06/10/2021 | $558.00 | |
| 07/13/2021 | $558.00 | | 08/10/2021 | $558.00 | | 09/13/2021 | $558.00 | |
| 10/12/2021 | $558.00 | | 11/10/2021 | $558.00 | | 12/10/2021 | $558.00 | |
| 01/10/2022 | $558.00 | | 02/10/2022 | $558.00 | | 03/10/2022 | $558.00 | |
| 04/11/2022 | $558.00 | | 05/10/2022 | $558.00 | | 06/10/2022 | $558.00 | |
| 07/12/2022 | $558.00 | | | | | | | |

**Total Receipts for the Period: $8,928.00   Amount Refunded to Debtor Since Filing: $0.00  Total Receipts Since Filing: $21,456.00**

### DISTRIBUTIONS TO CREDITORS FOR THE TIME PERIOD SELECTED

**CLAIMS AND DISTRIBUTIONS**

| Claim # | Claimant Name | Class | Claim Amount | Amount Paid | Balance Due |
|---|---|---|---|---|---|
| 3 | AMERICAN INFOSOURCE LP<br>»»  003 | Unsecured Creditors | $2,876.77 | $0.00 | $2,876.77 |
| 6 | CREDIT FIRST NA<br>»»  006 | Unsecured Creditors | $1,353.05 | $0.00 | $1,353.05 |
| 2 | FORD MOTOR CREDIT COMPANY<br>»»  002 | Secured Creditors | $0.00 | $0.00 | $0.00 |
| 4 | LVNV FUNDING LLC<br>»»  004 | Unsecured Creditors | $745.16 | $0.00 | $745.16 |
| 5 | QUANTUM3 GROUP LLC as agent for<br>»»  005 | Unsecured Creditors | $357.06 | $0.00 | $357.06 |
| 7 | SELECT PORTFOLIO SERVICING INC<br>»»  007 | Mortgage Arrears | $27,103.85 | $17,340.89 | $9,762.96 |
| 1 | McCULLOUGH EISENBERG LLC<br>»»  001 | Attorney Fees | $2,250.00 | $2,250.00 | $0.00 |

**Chapter 13 Case No. 19-11422-AMC**

## SUMMARY

Summary of all receipts and disbursements from date filed through 8/5/2022:

| | | | |
|---|---|---|---|
| Total Receipts: | $21,456.00 | Current Monthly Payment: | $558.00 |
| Paid to Claims: | $19,590.89 | Arrearages: | $0.00 |
| Paid to Trustee: | $1,865.11 | Total Plan Base: | $32,616.00 |
| Funds on Hand: | $0.00 | | |

**NOTES:**

- **PAY YOUR MONTHLY TRUSTEE PAYMENT ONLINE!** Visit www.readingch13.com/payments/ for more information.

- Your case information is available to view online at the National Data Center. Please visit www.ndc.org.