Office Mailing Address:  
Scott F. Waterman, Trustee  
2901 St. Lawrence Avenue, Suite 100  
Reading, PA  19606

Send Payments **ONLY** to:  
Scott F. Waterman, Trustee  
P.O. Box 680  
Memphis, TN  38101-0680

# OFFICE OF THE STANDING CHAPTER 13 TRUSTEE
## REPORT OF RECEIPTS AND DISBURSEMENTS
Activity for the period from 08/01/2022 to 08/01/2023  
**Chapter 13 Case No. 19-11422-AMC**

WILLIAM J CHALMERS  
903 FAIRFIELD DRIVE  
WARMINSTER  PA    18974-4103

Petition Filed Date: 03/07/2019  
341 Hearing Date: 04/12/2019  
Confirmation Date: 08/07/2019

Case Status: Open / Unconfirmed

### RECEIPTS / PAYMENT HISTORY FOR THE TIME PERIOD SELECTED

| Date | Amount | Check No. | Date | Amount | Check No. | Date | Amount | Check No. |
|---|---|---|---|---|---|---|---|---|
| 08/10/2022 | $558.00 | | 09/13/2022 | $558.00 | | 10/11/2022 | $558.00 | |
| 11/10/2022 | $558.00 | | 12/12/2022 | $558.00 | | 01/11/2023 | $558.00 | |
| 02/10/2023 | $558.00 | | 03/10/2023 | $558.00 | | 04/10/2023 | $558.00 | |
| 05/10/2023 | $558.00 | | 06/12/2023 | $558.00 | | 07/11/2023 | $558.00 | |

**Total Receipts for the Period: $6,696.00    Amount Refunded to Debtor Since Filing: $0.00   Total Receipts Since Filing: $28,710.00**

### DISTRIBUTIONS TO CREDITORS FOR THE TIME PERIOD SELECTED

| | CLAIMS AND DISTRIBUTIONS | | | | |
|---|---|---|---|---|---|
| Claim # | Claimant Name | Class | Claim Amount | Amount Paid | Balance Due |
| 3 | CAPITAL ONE BANK (USA) NA<br>»» 003 | Unsecured Creditors | $2,876.77 | $0.00 | $2,876.77 |
| 6 | CREDIT FIRST NA<br>»» 006 | Unsecured Creditors | $1,353.05 | $0.00 | $1,353.05 |
| 2 | FORD MOTOR CREDIT COMPANY<br>»» 002 | Secured Creditors | $0.00 | $0.00 | $0.00 |
| 4 | LVNV FUNDING LLC<br>»» 004 | Unsecured Creditors | $745.16 | $0.00 | $745.16 |
| 5 | QUANTUM3 GROUP LLC as agent for<br>»» 005 | Unsecured Creditors | $357.06 | $0.00 | $357.06 |
| 7 | SELECT PORTFOLIO SERVICING INC<br>»» 007 | Mortgage Arrears | $27,103.85 | $23,478.89 | $3,624.96 |
| 1 | McCULLOUGH EISENBERG LLC<br>»» 001 | Attorney Fees | $2,250.00 | $2,250.00 | $0.00 |

Chapter 13 Case No. 19-11422-AMC

## SUMMARY

Summary of all receipts and disbursements from date filed through 8/1/2023:

| | | | |
|---|---|---|---|
| Total Receipts: | $28,710.00 | Current Monthly Payment: | $558.00 |
| Paid to Claims: | $25,728.89 | Arrearages: | $0.00 |
| Paid to Trustee: | $2,473.33 | Total Plan Base: | $32,616.00 |
| Funds on Hand: | $507.78 | | |

**NOTES:**

- **PAY YOUR MONTHLY TRUSTEE PAYMENT ONLINE!  Visit www.readingch13.com/payments/** for more information.

- Your case information is available to view online at the National Data Center. Please visit www.ndc.org.