United States Bankruptcy Court
Eastern District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 19-11422-amc |
| William J. Chalmers | Chapter 13 |
| Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0313-2 | User: admin | Page 1 of 2 |
| Date Rcvd: Mar 27, 2024 | Form ID: 138OBJ | Total Noticed: 19 |

The following symbols are used throughout this certificate:
**Symbol   Definition**

\+           Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

\#           Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update. While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 29, 2024:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | | William J. Chalmers, 903 Fairfield Drive, Warminster, PA 18974-4103 |
| 14285033 | | Abington Memorial Hospital, Business Services Dept, 1200 Old York Rd., Abington, Pa 19001-3720 |
| 14285035 | | Comenity, Gander Credit Card, PO Box 6594565, San Antonio, TX 78201 |
| 14296161 | #+ | McCullough Eisenberg, LLC., 65 West Street Road, Suite A-204, Warminster Pa 18974-3229 |
| 14286435 | + | Select Portfolio Servicing, Rebecca A Solarz, Esquire, KML Law Group, P.C., 701 Market Street, Suite 5000, Philadelphia, PA 19106-1541 |

TOTAL: 5

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: megan.harper@phila.gov | Mar 28 2024 00:41:00 | City of Philadelphia, City of Philadelphia Law Dept., Tax Unit/Bankruptcy Dept, 1515 Arch Street 15th Floor, Philadelphia, PA 19102-1595 |
| smg | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Mar 28 2024 00:40:00 | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| 14326021 | | Email/Text: BKPT@cfna.com | Mar 28 2024 00:40:00 | CREDIT FIRST NA, PO BOX 818011, CLEVELAND, OH 44181-8011 |
| 14285034 | | Email/PDF: AIS.cocard.ebn@aisinfo.com | Mar 28 2024 00:49:37 | Capital One, PO Box 70886, Charlotte NC 28272-0886 |
| 14303913 | + | Email/PDF: ebn_ais@aisinfo.com | Mar 28 2024 00:49:23 | Capital One Bank (USA), N.A., 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 14285038 | | Email/PDF: creditonebknotifications@resurgent.com | Mar 28 2024 00:49:25 | Credit One Bank, PO Box 60500, City of Industry, CA 91716-0500 |
| 14326519 | | Email/Text: BKSPSElectronicCourtNotifications@spservicing.com | Mar 28 2024 00:41:00 | Deutsche Bank National Trust Company et al., c/o Select Portfolio Servicing, Inc., P.O. Box 65250, Salt Lake City, UT 84165-0250 |
| 14299426 | | Email/Text: EBNBKNOT@ford.com | Mar 28 2024 00:41:00 | FORD MOTOR CREDIT COMPANY LLC, PO BOX 62180, COLORADO SPRINGS, CO 80962 |
| 14285039 | | Email/Text: bnc-bluestem@quantum3group.com | Mar 28 2024 00:41:00 | Fingerhut, PO Box 70281, Philadelphia, PA 19176-0281 |
| 14315477 | | Email/PDF: resurgentbknotifications@resurgent.com | Mar 28 2024 00:49:25 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 14345252 | | Email/Text: bnc-quantum@quantum3group.com | Mar 28 2024 00:40:00 | Quantum3 Group LLC as agent for, Sadino Funding LLC, PO Box 788, Kirkland, WA 98083-0788 |
| 14321865 | | Email/Text: bnc-quantum@quantum3group.com | Mar 28 2024 00:40:00 | Quantum3 Group LLC as agent for, Bluestem and SCUSA, PO Box 788, Kirkland, WA 98083-0788 |
| 14285040 | | Email/Text: BankruptcyMail@questdiagnostics.com | | |

| | | Mar 28 2024 00:41:00 | Quest diagnostics, PO Box 7306, Hollister, MO 65673-7306 |
| --- | --- | --- | --- |
| 14285037 | Email/Text: BKPT@cfna.com | Mar 28 2024 00:40:00 | credit first n.a., PO Box 81344, Cleveland, OH 44188-0001 |

TOTAL: 14

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Mar 29, 2024         Signature:      /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 27, 2024 at the address(es) listed below:

**Name** | **Email Address**

CAROL B. MCCULLOUGH
on behalf of Debtor William J. Chalmers mcculloughheisenberg@gmail.com cbmccullough64@gmail.com;mccullough.carolb124134@notify.bestcase.com

DENISE ELIZABETH CARLON
on behalf of Creditor Deutsche Bank National Trust Company as Trustee, in trust for the registered holders of Morgan Stanley ABS Capital I Inc. Trust 2006-HE6, Mortgage Pass-Through Certificates, Series 2006-HE6 bkgroup@kmllawgroup.com

PAUL H. YOUNG
on behalf of Debtor William J. Chalmers support@ymalaw.com ykaecf@gmail.com,paullawyers@gmail.com,pyoung@ymalaw.com;youngpr83562@notify.bestcase.com,tkennedy@ymalaw.com,lesliebrown.paralegal@gmail.com,cmccullough@ymalaw.com

POLLY A. LANGDON
on behalf of Trustee SCOTT F. WATERMAN [Chapter 13] ecfmail@readingch13.com

SCOTT F. WATERMAN [Chapter 13]
ECFMail@ReadingCh13.com

Scott F Waterman
on behalf of Trustee SCOTT F. WATERMAN [Chapter 13] ECFmail@fredreiglech13.com

United States Trustee
USTPRegion03.PH.ECF@usdoj.gov

TOTAL: 7

**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

_____

In Re: William J. Chalmers

    Debtor(s)

Case No: 19−11422−amc

Chapter: 13

_____

### NOTICE OF DEADLINE TO OBJECT TO DISCHARGE

To all creditors and parties in interest, NOTICE IS GIVEN THAT:

The Standing Chapter 13 Trustee has indicated that all plan payments have been made.

Any objection to the entry of the Debtor(s)' Order of Discharge or request to delay the entry of discharge pursuant to 11 U.S.C. § 1328(h), must be filed in writing within 14 days from the date of this Notice with the Clerk of the U.S. Bankruptcy Court.

All objections must be filed with the Clerk at the following address:

> 900 Market Street
> Suite 400
> Philadelphia, PA 19107

In the absence of any objection, the Court may enter the Order of Discharge.

For The Court

Timothy B. McGrath
Clerk of Court

Dated: 3/27/24

54 − 48
Form 138OBJ