Fill in this information to identify the case:

Debtor 1    William J. Chalmers

United States Bankruptcy Court for the Eastern District of Pennsylvania

Case number   19-11422 JKF

Official Form 410S1

## Notice of Mortgage Payment Change    12/15

**If the debtor's plan provides for payment of postpetition contractual installments on your claim secured by a security interest in the debtor's principal residence, you must use this form to give notice of any changes in the installment payment amount. File this form as a supplement to your proof of claim at least 21 days before the new payment amount is due.** See Bankruptcy Rule 3002.1.

**Name of creditor:** Deutsche Bank National Trust Company, as Trustee, in trust for the registered holders of Morgan Stanley ABS Capital I Inc. Trust 2006-HE6, Mortgage Pass-Through Certificates, Series 2006-HE6

**Court claim no.** (if known): 7

**Date of payment change:**
Must be at least 21 days after date of this notice    5/1/2020

**Last 4 digits** of any number you use to identify the debtor's account: 6031

**New total payment:**    $1,017.67
Principal, interest, and escrow, if any

### Part 1: Escrow Account Payment Adjustment

1. **Will there be a change in the debtor's escrow account payment?**

   ☐ No
   ■ Yes. Attach a copy of the escrow account statement prepared in a form consistent with applicable nonbankruptcy law. Describe the basis for the change. If a statement is not attached, explain why: _____

   Current escrow payment: $570.73        New escrow payment: $ 615.43

### Part 2: Mortgage Payment Adjustment

2. **Will the debtor's principal and interest payment change based on an adjustment to the interest rate on the debtor's variable-rate account?**

   ■ No
   ☐ Yes. Attach a copy of the rate change notice prepared in a form consistent with applicable nonbankruptcy law. If a notice is not attached, explain why: _____

   Current interest rate: _____%        New interest rate: _____%

   Current principal and interest payment: $_____    New principal and interest payment: $_____

### Part 3: Other Payment Change

3. **Will there be a change in the debtor's mortgage payment for a reason not listed above?**

   ■ No
   ☐ Yes. Attach a copy of any documents describing the basis for the change, such as a repayment plan or loan modification agreement.
   (*Court approval may be required before the payment change can take effect.*)

   Reason for change: _____

   Current mortgage payment: $_____        New mortgage payment: $_____

Official Form 410S1                **Notice of Mortgage Payment Change**                page 1
                                                                                        246

Debtor(s)   William J. Chalmers                                         Case number (*if known*)  19-11422 JKF
            First Name    Middle Name    Last Name

### Part 4: Sign Here

The person completing this Notice must sign it. Sign and print your name and your title, if any, and state your address and telephone number.

*Check the appropriate box.*

☐ I am the creditor.

■ I am the creditor's authorized agent.

**I declare under penalty of perjury that the information provided in this claim is true and correct to the best of my knowledge, information, and reasonable belief.**

✘ /s/ Rebecca A. Solarz                                                 Date   1/22/2020
  Signature

Print:      Rebecca A. Solarz                                           Title  Attorney for Creditor
            First Name    Middle Name    Last Name

Company     KML Law Group, P.C.

Address     701           Market Street, Suite 5000
            Number        Street
            Philadelphia,                             PA     19106
            City                                      State  ZIP Code

Contact phone  (215) 627–1322              Email  RSolarz@kmllawgroup.com