# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: William J. Chalmers<br>**Debtor(s)**<br><br>**Deutsche Bank National Trust Company, as Trustee, in trust for the registered holders of Morgan Stanley ABS Capital I Inc. Trust 2006-HE6, Mortgage Pass-Through Certificates, Series 2006-HE6**<br>**Movant**<br>vs.<br><br>**William J. Chalmers**<br>**Debtor(s)**<br><br>**Scott Waterman**,<br>**Trustee** | BK NO. 19-11422 AMC<br><br>Chapter 13<br><br>Related to Claim No. 7 |

## CERTIFICATE OF SERVICE
## NOTICE OF MORTGAGE PAYMENT CHANGE

I, Mark A. Cronin of KML Law Group, P.C., certify that I am, and at all times hereinafter mentioned was, more than 18 years of age and that on May 18, 2023, I served the above captioned pleading, filed in the proceeding on the parties at the addresses shown below;

Debtor(s)
William J. Chalmers
903 Fairfield Drive
Warminster, PA 18974-4103

Attorney for Debtor(s)
Polly A. Langdon, 2901 St. Lawrence Avenue (VIA ECF)
P.O. Box 4010
Reading, PA 19606Carol B. McCullough,, Esq.
65 West Street Road
Suite A-105
Warminster, PA 18974Scott Waterman, 2901 St. Lawrence Ave.
Suite 100
Reading, PA 19606

Trustee
Scott Waterman
2901 St. Lawrence Ave.
Suite 100
Reading, PA 19606

Method of Service:  electronic means or first class mail

Dated: May 18, 2023

/s/**Mark A. Cronin Esquire**
Mark A. Cronin Esquire
Attorney I.D. 58240
KML Law Group, P.C.
BNY Mellon Independence Center
701 Market Street, Suite 5000
Philadelphia, PA 19106
215-627-1322
mcronin@kmllawgroup.com